

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jewell Stewart*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        main: *(973) 645-2700*
*Newark, NJ 07102*                   direct:*(973) 297-2024*
*Jewell.Stewart@usdoj.gov*

August 7, 2026

**<u>BY ECF</u>**

Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

>    Re:   *Sucozhanay Peralta v. Soto et al.,* **No. 26-08872 (CCC)**
>          **Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter filed by Petitioner challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") under 8 U.S.C. § 1225(b)(2). We respectfully submit this letter to report Petitioner's release.

ICE has informed this Office that Petitioner has been released from Delaney Hall on August 4, 2026 at 6:15 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:   *s/ Jewell C. Stewart*
     JEWELL CHRISTIAN STEWART
     Assistant United States Attorney
     *Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   8/10/2026